CENTRAL OF GEORGIA RAILWAY COMPANY v. PHILLIPS.

LUMPKIN, J. The motion for a new trial raising only the complaint that the verdict was contrary to law and the evidence and against the weight of the evidence, and there being sufficient evidence to support the finding of the jury, and the presiding judge having approved it, this court will not interfere.

*Judgment affirmed. All the Justices concur.*
APRIL 9, 1912.

Action for damages. Before Judge Freeman. Carroll superior court. March 31, 1911.

*J. E. Hall, Hall & Cleveland,* and *R. D. Jackson,* for plaintiff in error. *James Beall* and *R. W. Adamson,* contra.